■ In the Matter of Worth Restaurant Corp., Petitioner, against New York State Liquor Authority, Respondent.— Determination unanimously confirmed, with $50 costs and disbursements to the respondent, and the petition dismissed. No opinion. Concur — Botein, J. P., Rabin, Frank, Valente and Bergan, JJ.

■ International Assets Corp., Respondent, v. Abraham Axelrod et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, J. P., Rabin, Frank, Valente and Bergan, JJ.

■ In the Matter of the City of New York, Relative to Acquiring Title to Real Property Required for Cross-Bronx Expressway, Section 2, from Anthony Avenue to Longfellow Avenue, Borough of The Bronx, Respondent. Max Kissil et al., Appellants.— Decree, entered November 28, 1955, and the order, entered December 30, 1955, denying the motion of the claimant, Paul Spiegel, for reargument and to open the proceeding herein, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, J. P., Rabin, Frank, Valente and Bergan, JJ.

■ In the Matter of Worth Restaurant Corp., Petitioner, against New York State Liquor Authority, Respondent.— Motion, having become academic by virtue of the decision of this court in *Matter of Worth Restaurant Corp.* v. *New York State Liq. Auth.*, decided herewith (*ante*, p. 973), is dismissed and stay vacated. Concur — Botein, J. P., Rabin, Frank, Valente and Bergan, JJ.

## Second Department, December, 1956

## (December 3, 1956)

■ In the Matter of the Estate of Joseph W. Noble, Deceased, Joseph A. Nickerson, Appellant-Respondent; Ethel D. Noble et al., Respondents-Appellants; Daniel D. M. Willard et al., Respondents.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Kleinfeld, JJ. Motion for reargument or to resettle order denied, without costs. Present — Nolan, P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ. [See 1 A D 2d 900.]

■ Miriam Sharkowitz, Respondent, v. Edward A. Brecher, Doing Business as Park Rug Shop, Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Kleinfeld, JJ.

■ Sidney H. Starbuck, Respondent, v. Frederic C. Collin, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Kleinfeld, JJ. [See *ante*, p. 893.]

■ Ralph Ware, Respondent, v. Coralie E. Phipps, Appellant.— Motion to dismiss appeal granted, with $10 costs, and appeal dismissed. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Kleinfeld, JJ.

■ Margaret Blackburne, as Administratrix of the Estate of Thomas F. Blackburne, Deceased, Respondent, v. Homasote Company (Inc.), et al Defendants, and Paper Products, Inc., Appellant.— In an action to recov. damages for wrongful death arising out of an accident in Massachusetts, appellant, a foreign corporation not doing business in this State, was served with the summons by service upon its president who was attending an examination before trial in this State in another action arising out of the same accident, pursuant to notice, no subpoena or order having been personally served upon appellant or its president. The appeal is from an order denying appellant's